**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICK L. KAHAWAIOLA'A; SAMSON L. BROWN; RICHARD L. KELA; NORMAN K. MACOMBER, SR.; STEVEN K. ANGAY; HAROLD U. JIM, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> GEORGE W. BUSH, United States President in his official capacity; LINDA LINGLE, Governor, in her official and individual capacity; STATE OF HAWAII; DEPARTMENT OF HAWAIIAN HOME LANDS; MICAH KANE, Director, in his official and individual capacity, as Chairman of Hawaiian Homes Commission; HERRING KALUA, in his official and individual capacity as Hawaiian Homes Commissioner; JOHN HIROTA; MIKE MCELROY; FRANCIS APOLIANA; JOHN PIPER, in their official and individual capacities as Staff for the Department of Home Lands; RAY SOON; EDWARD ANDRADE, as private individuals; MALAMA KA AINA HANA KA AINA, INC.; WILLIAM K. PAKANI, SR.; KELLI W. IONE; JAMES | No. 04-16790 <br><br> D.C. No. CV-03-00517-SOM <br><br> MEMORANDUM[*] |

---

   [*]   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

PELEKANE; AGNES BENEDICTO; CAROL IOANE; FRANCIS K. LAIMANA, JR.; KEN'S TOWING SERVICE; KEN ANTONIO, as private individuals; HAWAII ISLANDS HUMANE SOCIETY; RONALD JENKINS; DUANE MENDOZA, as private individuals; BIG ISLE MOVING & DRAYING; MARTIN DYER, as a private individual; JAMES IOPA, SR., as a private individual,

Defendants - Appellees.

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Argued and Submitted June 16, 2006
Honolulu, Hawaii

Before: B. FLETCHER, PREGERSON, and HALL, Circuit Judges.

Plaintiffs challenge the district court's order granting a motion for judgment on the pleadings and its sua sponte order dismissing the non-moving parties. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Claims against the State of Hawai'i and its agency, the Department of Hawaiian Homelands ("DHHL"), are barred on the basis of sovereign immunity. See *Wilbur v. Locke*, 423 F.3d 1101, 1111 (9th Cir. 2005). As described below, Plaintiffs' claims against Governor Linda Lingle, employees of DHHL and the

2

Hawaiian Homelands Commission, and former employees of those agencies are barred because Plaintiffs have failed to state a claim against them.

Claim One for breach of Compact fails because Plaintiffs have not shown that they were harmed by the transfer of management over the trust property from the federal government to the state government. Accordingly, Plaintiffs lack standing to challenge the Hawai'i Statehood Admissions Act of March 18, 1959, Pub. L. No. 86-3, § 5(b), 73 Stat. 4 (1959) (codified at 48 U.S.C. § 491), and "Act 207," *codified at* Haw. Rev. Stat., HHCA, Tit. 2, § 202. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992).

Claim Two for conspiracy fails because Plaintiffs have not alleged that DHHL wrongly favored Malama Ka'Aina Hana Ka'Aina (MAHA) over them, nor have they alleged that they were wrongfully evicted from King's Landing. Claim Three fails because DHHL has statutory authority to grant leases, *see* Haw. Rev. Stat., HHCA, Tit. 2, § 207, and therefore necessarily has the lesser authority to grant temporary rights of entry. Claim Four alleges that DHHL has not properly taxed MAHA as required by the Right of Entry. Even assuming that Plaintiffs could claim state taxpayer standing under *Hoohuli v. Ariyoshi*, 741 F.2d 1169, 1180 (9th Cir. 1984), Plaintiffs' claim would fail because MAHA is a non-profit organization that is likely not subject to property taxes, *see Zelman v. Simmons-*

*Harris*, 536 U.S. 639, 665 (2002), and therefore Plaintiffs have not properly alleged a "'good-faith pocketbook' injury," *see Hoohuli*, 741 F.2d at 1180. Claim Five fails because Plaintiffs have not stated any allegations that would support a claim for breach of fiduciary duty.

Plaintiffs' conspiracy claim against Ken's Towing and its employee, the Hawaiian Island Humane Society and its employees, Big Isle Moving & Draying and its employees, and against individual members of MAHA fails for the same reasons as the claims fail against the state officials: Plaintiffs have not alleged any *wrongful* action on the part of these private Defendants.

Accordingly, the district court's orders dismissing the claims against all defendants is AFFIRMED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 21 2006

by:
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
04-16790 Kahawaiola'a, et al v. Bush, et al

PATRICK L. KAHAWAIOLA'A            Patrick L. Kahawaiola'a
      Plaintiff - Appellant        [COR LD NTC prs]
                                   21 Pohai St.
                                   Hilo, HI 96720


SAMSON L. BROWN                    Samson L. Brown
      Plaintiff - Appellant        (808) 961-5707
                                   [COR LD NTC prs]
                                   21 Pohai Street
                                   Hilo, HI 96720


RICHARD L. KELA                    Richard L. Kela
      Plaintiff - Appellant        [COR LD NTC prs]
                                   21 Pohai St.
                                   Hilo, HI 96720


NORMAN K. MACOMBER, SR.            Norman K. MaComber, Sr.
      Plaintiff - Appellant        [COR LD NTC prs]
                                   21 Pohai St.
                                   Hilo, HI 96720


STEVEN K. ANGAY                    Steven K. Angay
      Plaintiff - Appellant        [COR LD NTC prs]
                                   21 Pohai St.
                                   Hilo, HI 96720


HAROLD U. JIM                      Harold U. Jim
      Plaintiff - Appellant        [COR LD NTC prs]
                                   21 Pohai St.
                                   Hilo, HI 96720


   v.

GEORGE W. BUSH, United States      Thomas A. Helper, Esq.
President in his official          808/541-2850
capacity                           Suite 6-100
      Defendant - Appellee         [COR LD NTC usa]
                                   USH - OFFICE OF THE U.S.
                                   ATTORNEY
                                   PJKK Federal Building
                                   300 Ala Moana Blvd.
                                   P.O. Box 50183
                                   Honolulu, HI 96850


LINDA LINGLE, Governor, in her     Clayton Lee Crowell
official and individual            FAX
capacity                           808/586-8370
      Defendant - Appellee         Room B-2
                                   [COR LD NTC dag]
                                   AGHI - OFFICE OF THE HAWAII
                                   ATTORNEY GENERAL
                                   Land/Transportation Division
                                   465 S. King St.
```

```
INTERNAL USE ONLY: Proceedings include all events.
04-16790 Kahawaiola'a, et al v. Bush, et al
```

                                        Honolulu, HI 96813

STATE OF HAWAII                     Clayton Lee Crowell
    Defendant - Appellee         (See above)
                                    [COR LD NTC dag]

DEPARTMENT OF HAWAIIAN HOME      Clayton Lee Crowell
LANDS                                (See above)
    Defendant - Appellee         [COR LD NTC dag]

MICAH KANE, Director, in his     No appearance
official and individual           No appearance
capacity, as Chairman of
Hawaiian Homes Commission
    Defendant - Appellee

HERRING KALUA, in his official   No appearance
and individual capacity as       (See above)
Hawaiian Homes Commissioner
    Defendant - Appellee

JOHN HIROTA                     No appearance
    Defendant - Appellee         (See above)

MIKE MCELROY                  No appearance
    Defendant - Appellee         (See above)

FRANCIS APOLIANA              No appearance
    Defendant - Appellee         (See above)

JOHN PIPER, in their official    No appearance
and individual capacities as    (See above)
Staff for the Department of
Home Lands
    Defendant - Appellee

RAY SOON                         No appearance
    Defendant - Appellee         (See above)

EDWARD ANDRADE, as private      Clayton Lee Crowell
individuals                     (See above)
    Defendant - Appellee         [COR LD NTC dag]

MALAMA KA AINA HANA KA AINA,     No appearance
INC.                                 (See above)
    Defendant - Appellee

WILLIAM K. PAKANI, SR.           No appearance
    Defendant - Appellee         (See above)

KELLI W. IONE                   Kelli W. Ione
    Defendant - Appellee         [COR LD NTC prs]
                                    P.O. Box 5174
                                    Hilo, HI 96720

```
INTERNAL USE ONLY: Proceedings include all events.
04-16790 Kahawaiola'a, et al v. Bush, et al
```

| | |
|---|---|
| JAMES PELEKANE<br>    Defendant - Appellee | No appearance<br>(See above) |
| AGNES BENEDICTO<br>    Defendant - Appellee | No appearance<br>(See above) |
| CAROL IOANE<br>    Defendant - Appellee | No appearance<br>(See above) |
| FRANCIS K. LAIMANA, JR.<br>    Defendant - Appellee | Francis K. Laimana, Jr.<br>[COR LD NTC prs]<br>P.O. Box 4176<br>Hilo, HI 96270 |
| KEN'S TOWING SERVICE<br>    Defendant - Appellee | Diana L. Van De Car, Esq.<br>(808) 935-7020<br>Ste. 238<br>[COR LD NTC ret]<br>Hilo Lagoon Centre<br>101 Aupuni St.<br>Hilo, HI 96720 |
| KEN ANTONIO, as private<br>individuals<br>    Defendant - Appellee | Diana L. Van De Car, Esq.<br>(See above)<br>[COR LD NTC ret] |
| HAWAII ISLANDS HUMANE SOCIETY<br>    Defendant - Appellee | Dean E. Ochiai<br>808/527-7736<br>Suite 555<br>[COR LD NTC ret]<br>1100 Ward Avenue<br>Honolulu, HI 96813<br><br>Shannon L. Wack, Esq.<br>808/527-7736<br>Suite 555<br>[COR LD NTC ret]<br>LAW OFFICES OF DEAN E. OCHIAI<br>First Insurance Center<br>1100 Ward Ave.<br>Honolulu, HI 96814 |
| RONALD JENKINS<br>    Defendant - Appellee | Dean E. Ochiai<br>(See above)<br>[COR LD NTC ret]<br><br>Shannon L. Wack, Esq.<br>(See above)<br>[COR LD NTC ret] |
| DUANE MENDOZA, as private<br>individuals<br>    Defendant - Appellee | Dean E. Ochiai<br>(See above)<br>[COR LD NTC ret] |

```
INTERNAL USE ONLY: Proceedings include all events.
04-16790 Kahawaiola'a, et al v. Bush, et al

                                Shannon L. Wack, Esq.
                                (See above)
                                [COR LD NTC ret]

BIG ISLE MOVING & DRAYING       No appearance
      Defendant - Appellee      (See above)

MARTIN DYER, as a private       No appearance
individual                      (See above)
      Defendant - Appellee

JAMES IOPA, SR., as private     No appearance
indivudals                      (See above)
      Defendant - Appellee
```